UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 09-20611-CR-GOLD

        Plaintiff,

VS.

LAVI RUBINSTEIN,

        Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

This matter is before the Court pursuant to the Defendant's Amended Omnibus Pretrial Motions to Suppress Evidence [DE 51]. A review of the docket sheet reveals that on March 30, 2010, the instant motion was referred to Magistrate Judge Chris McAliley [DE 52]. On June 24, 2010, Magistrate Judge McAliley issued a Report and Recommendation [DE 68] in which she recommends that the Defendant's Amended Motions, referenced herein, be granted in part and denied in part. Specifically, she recommends that: (1) the Motion to Suppress the evidence seized from the Defendant's home, including his desktop computer, be denied; (2) the Motion to Suppress the evidence seized from the laptop computer, be granted; and (3) the Motion to Suppress the Defendant's post-arrest statements, be granted. The parties were permitted to file objections to the Report and Recommendation by no later than June 30, 2010. The Government filed a Notice of No Objection [DE 69] as well as the Defendant [DE 70]. Upon review of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) The Magistrate Judge's Report and Recommendation [**DE 68**] is hereby affirmed and adopted.

2) The Defendant's Amended Omnibus Pretrial Motions to Suppress Evidence [**DE 51**] are hereby granted in part and denied in part.

3) The Defendant's Omnibus Pretrial Motion to Suppress Evidence [**DE 45**] is deemed moot.

U.S.A. VS. RUBINSTEIN, CASE NO. 09-20611-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this      7th      day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Magistrate Judge Chris McAliley
      Counsel of record